**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7664**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

RUHULLAH AS-SADIQ; DION THOMAS,

Defendants – Appellants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge.   (5:00-cr-00176-F-1; 5:00-cr-00176-F-3)

Submitted:  February 10, 2011      Decided:  February 23, 2011

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ruhullah As-Sadiq, Dion Thomas, Appellants Pro Se.   Michael
Gordon James, OFFICE OF THE UNITED STATES ATTORNEY, Jennifer P.
May-Parker, Assistant United States Attorney, Raleigh, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ruhullah As-Sadiq and Dion Thomas, federal prisoners, appeal the district court's order denying their joint motion seeking the disclosure, post-trial, of statements made by a co-defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. As-Sadiq, Nos. 5:00-cr-00176-F-1; 5:00-cr-00176-F-3 (E.D.N.C. Nov. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED